AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00149 |
| William Stover (AKA: Jessie) | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 6/28/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | (Civil Disorder) |
| 18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(E) | (Impeding Passage Through the Capitol Grounds or Buildings) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____06/28/2023____

_____
Judge's signature

City and state: ____Washington, D.C.____      G. Michael Harvey, U.S. Magistrate Judge
Printed name and title