AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00149 |
| William Stover (AKA: Jessie) | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/28/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Stover,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings)

Date: 06/28/2023

Digitally signed by G. Michael Harvey
Date: 2023.06.28 10:56:41 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/3/23, and the person was arrested on *(date)* July 10, 23
at *(city and state)* Elizabethtown, Ky.

Date: 7/10/23

*Arresting officer's signature*

Matt Jaggers  SA
*Printed name and title*