IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR-237 (CJN) |
| | : | |
| v. | : | |
| | : | 18 U.S.C. §§ 231(a)(1) |
| **WILLIAM "JESSE" STOVER** | : | |
| | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **William "Jesse" Stover**, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly

thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence,

were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *William "Jesse" Stover's Participation in the January 6, 2021, Capitol Riot*

8. Stover travelled to the D.C. area from his home in Elizabethtown, Kentucky, on January 5, 2021. Stover travelled with two companions, Individual 1 and Individual 2, and they stayed the night of January 5 at a hotel in northern Virginia.

9. On January 6, 2021, Stover attended the "Stop the Seal" rally hosted by the former president at the Ellipse in Washington, D.C. Stover attended the rally with Individuals 1 and 2. After the rally, Stover walked to the Capitol but became separated from Individuals 1 and 2.

10. On January 6, 2021, beginning at approximately 2:42 p.m., numerous members of the mob attacked members of the USCP and MPD who were lawfully engaged in the performance of their official duties defending an entrance to the U.S. Capitol on the Lower West Terrace known as "the tunnel." Over the course of more than two hours, members of the mob threw items at police, struck police with items, sprayed police with chemical irritants, pushed against the police, and stole items from the police defending the tunnel.

11. Stover mounted the West Front of the Capitol and climbed to the area on the Lower West Terrace near the tunnel.

12. At 3:16 p.m., Stover, wearing a black paintball mask, backwards red hat, and black all-weather style jacket, was standing at the entrance of the tunnel. Seconds later, Stover crossed over the threshold of the tunnel.

13. Stover joined the crowd inside of the tunnel and pushed against the rioters in front of him who in turn pushed directly against the police officers in the tunnel.

14. Stover continued pushing with the crowd against police officers in the tunnel until 3:19 p.m., when he was pushed out of the tunnel.

15. Stover remained in the vicinity of the tunnel on the Lower West Terrace for approximately thirty minutes.

16. At 3:51 p.m., Stover again approached the entrance of the tunnel and participated in a synchronized push against officers with other members of the crowd.

17. When officers went to push Stover from the tunnel, he grabbed the wooden framing around the mouth of the tunnel and used the leverage of his position to push back against the police officers' efforts.

18. From his leverage position, Stover also grabbed an officer's riot helmet and passed a stolen MPD riot shield to another rioter.

19. Stover left the tunnel at approximately 4:10 p.m. and was reunited with Individuals 1 and 2 shortly after leaving Capitol grounds.

### *Elements of the Offense*

20. The parties agree that obstructing law enforcement officers during a civil disorder, in violation of 18 U.S.C. §231(a)(3), requires the following elements:

a. The defendant knowingly committed or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

b. At the time of the defendant's act, the law enforcement officer or officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

c. The civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

*Defendant's Acknowledgments*

21. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that:

    a. He committed or attempted to commit an act to obstruct, impede, or interfere with USCP and MPD officers at the Lower West Terrace of the U.S. Capitol Building who were lawfully engaged in the performance of their official duties incident to and during the commission of a civil disorder.

The civil disorder obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:    *s/ Sean P. McCauley*
        SEAN P. McCAULEY
        Assistant United States Attorney
        New York Bar No. 5600523
        United States Attorney's Office
        For the District of Columbia
        601 D. Street, NW
        Washington, DC 20530
        Sean.McCauley@usdoj.gov

        KAITLIN KLAMANN
        Assistant United States Attorney
        601 D Street NW
        Washington, D.C. 20530
        IL Bar No. 6316768
        (202) 252-6778
        Kaitlin.klamann@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, William "Jesse" Stover, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/12/23

William "Jesse" Stover
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12-13-2023

Chris Wiest
Attorney for Defendant