# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:23-cr-00237-CJN |
| **v.** | : | |
| **JESSE STOVER** | : | |

## DEFENDANT'S MOTION TO DELAY REPORT DATE

Mr. Stover has received a report date to FCI Ashland for November 11, 2024. As reflected in his pre-sentence investigation, he has significant family history of heart disease. (PSI, Doc. 135 at ¶ 79) (father passed away in 2013 from a heart attack). And he himself has undertaken significant treatment for high blood pressure. (*Id.* at ¶ 92).

As reflected in the attached medical provider note from Baptist Health, Mr. Stover is "suffering from an episode of extraordinarily high blood pressure, and it is potentially life threatening." (Letter, attached). He has been "prescribed hydrochlorothiazide and losartan potassium in an attempt to control the condition." Id. He "will need approximately 30-45 days to control the condition," at which point they will re-assess.

Mr. Stover respectfully requests to delay his report date to December 16, 2024, to permit his providers to control the current episode of extraordinarily high blood pressure, to permit him to report and serve out the sentence.

    Respectfully Submitted,

    /s/Christopher Wiest_____
    Christopher Wiest (KY 90725)
    Chris Wiest, Attorney at Law, PLLC
    50 E. Rivercenter Blvd, Ste. 1280
    Covington, KY 41011
    513-257-1895 (v)
    859-495-0803 (f)
    chris@cwiestlaw.com
    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon all Counsel of record, via CM/ECF, this 31st day of October, 2024.

/s/Christopher Wiest
Christopher Wiest (DCD 0002)